**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 13-2224

ORLANDO BROWN,

　　　　　　　Plaintiff - Appellant,

　　　v.

RICHLAND COUNTY SHERIFF'S DEPARTMENT,

　　　　　　　Defendant - Appellee.

Appeal from the United States District Court for the District of South Carolina, at Columbia. Margaret B. Seymour, Senior District Judge. (3:12-cv-03062-MBS)

Submitted: January 23, 2014　　　　Decided: January 27, 2014

Before WILKINSON and DIAZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Orlando Brown, Appellant Pro Se. Robert David Garfield, Andrew Lindemann, DAVIDSON & LINDEMANN, PA, Columbia, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Orlando Brown appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Brown v. Richland Cnty. Sheriff's Dep't, No. 3:12-cv-03062-MBS (D.S.C. Sept. 13, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED